JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CARLOS A. LANDEROS,

      Petitioner,

   v.

DONALD TRUMP U.S.A. PRESIDENT, ET AL.,

     Respondents.

No. ED CV 25-760-TJH(E)

JUDGMENT

Pursuant to the "Order Dismissing 'Petition for Writ of Habeas Corpus' Without Prejudice,"

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:  <u>April 10, 2025</u>.


_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE